No. 94–231. ANDERSON ET AL. *v.* UNITED STATES; and

No. 94–243. TILLEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–280. GLEAVE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 94–342. GAEV *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 94–362. ACEVEDO-VILLALOBOS ET AL. *v.* HERNANDEZ ET AL. C. A. 1st Cir. Certiorari denied. 

No. 94–364. A. MICHAEL'S PIANO, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. 

No. 94–365. GRANT *v.* LONE STAR CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–368. VERNON HOME HEALTH CARE AGENCY, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–370. FUNDERBURG *v.* UNITED STATES RAILROAD RETIREMENT BOARD. C. A. 4th Cir. Certiorari denied. 

No. 94–390. AMERICAN WATER DEVELOPMENT, INC. *v.* CITY OF ALAMOSA ET AL. Sup. Ct. Colo. Certiorari denied. 

No. 94–399. HOBLEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 94–400. CATERAIR INTERNATIONAL *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. 

No. 94–404. ROTH *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied. 

No. 94–405. VASTOLA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.